FILED

UNITED STATES COURT OF APPEALS

DEC 13 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROSS A. FIORANI, | No. 12-17574 |
| Plaintiff - Appellant, | D.C. No. 4:12-cv-01240-PJH |
| v. | Northern District of California, Oakland |
| HEWLETT-PACKARD CORP.; et al., | |
| Defendants - Appellees. | ORDER |

Before: GOODWIN, LEAVY, and M. SMITH, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal, dismissing some parties with prejudice, some parties without prejudice, and deferring a ruling on appellant's motion to proceed in forma pauperis, is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock,* 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable).  Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se