UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROSS A. FIORANI,

        Plaintiff - Appellant,

v.

HEWLETT-PACKARD CORP.; et al.,

        Defendants - Appellees.

No. 12-17574

D.C. No. 4:12-cv-01240-PJH
U.S. District Court for Northern California, Oakland

**MANDATE**

        The judgment of this Court, entered December 13, 2012, takes effect this date.

        This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Craig Westbrooke
        Deputy Clerk