United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS A. FIORANI,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD CORP, et al.,<br><br>    Defendants. | Case No. 12-cv-01240-JST<br><br>**ORDER TO SHOW CAUSE** |

On November 9, this Court denied Plaintiff's application to proceed *in forma pauperis*. Nothing that Plaintiff is subject to a pre-filing injunction order issued by the Eastern District of Virginia, this Court ordered Plaintiff to, within fourteen days, seek leave of court pursuant to the pre-filing injunction order, satisfy all of the requirements of the pre-filing injunction order, and complete a new *in forma pauperis* application that remedies the defects the Court identified in his previous application. Order Denying Plaintiff's Application to Proceed *In Forma Pauperis*, ECF No. 43.

Plaintiff has not complied with this order or filed any submission explaining his failure to follow the Court's orders. Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on December 19, 2013, at 2:00 P.M. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. In lieu of appearing in person, Plaintiff may file a written statement not later than December 12, 2013, explaining why his failure to follow the Court's orders should not result in dismissal with

/ / /

/ / /

1  prejudice.  The Court will consider vacating the order to show cause if Plaintiff complies with the
2  Court's order before the date of the hearing.
3  **IT IS SO ORDERED.**
4  Dated:  November 26, 2013



_____
JON S. TIGAR
United States District Judge