1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    ROSS A. FIORANI,                          Case No.  12-cv-01240-JST

                    Plaintiff,
8
          v.                                   **ORDER TO SHOW CAUSE**
9
     HEWLETT-PACKARD CORP, et al.,
10
                    Defendants.
11

12          On November 9, this Court denied Plaintiff's application to proceed *in forma pauperis*.

13   Nothing that Plaintiff is subject to a pre-filing injunction order issued by the Eastern District of

14   Virginia, this Court ordered Plaintiff to, within fourteen days, seek leave of court pursuant to the

15   pre-filing injunction order, satisfy all of the requirements of the pre-filing injunction order, and

16   complete a new *in forma pauperis* application that remedies the defects the Court identified in his

17   previous application.  Order Denying Plaintiff's Application to Proceed *In Forma Pauperis*, ECF

18   No. 43.

19          Plaintiff has not complied with this order or filed any submission explaining his failure to

20   follow the Court's orders.  Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE

21   why Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the

22   Federal Rules of Civil Procedure.

23          The hearing on the order to show cause will be held on December 19, 2013, at 2:00 P.M. in

24   Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.  In lieu of

25   appearing in person, Plaintiff may file a written statement not later than December 12, 2013,

26   explaining why his failure to follow the Court's orders should not result in dismissal with

27   / / /

28   / / /

United States District Court
Northern District of California

1   prejudice.  The Court will consider vacating the order to show cause if Plaintiff complies with the

2   Court's order before the date of the hearing.

3        **IT IS SO ORDERED.**

4   Dated:  November 26, 2013



                                     JON S. TIGAR
                              United States District Judge

United States District Court
Northern District of California

2