UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 19, 2013        Judge: Jon S. Tigar

Time: 1 minute

Case No. **3:12-cv-01240-JST**
Case Name **Ross A. Fiorani v. Hewlett-Packard, et al.**

Attorney for Plaintiff:     No appearance
Attorney(s) for Defendant(s):     No appearance

Deputy Clerk: William Noble        Court Reporter FTR: 2:30-2:31 p.m.

### PROCEEDINGS

Order to Show Cause Hearing (docket 49)

### RESULT OF HEARING

Matter was called at 2:30 p.m. No one appeared for plaintiff or any defendant. The Court will take the matter under submission and issue an order.